FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JUN 26 PM 3: 58

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BY_____DEP. CLK

Civil Action No.

(To be supplied by the court)   **'17 - CV - 01567**

D ANNELL E. McNEIL, Sr. ,
          Plaintiff,

v.

O'Reilly Auto Parts ,
          Defendant.

---

## TITLE VII COMPLAINT

---

### PARTIES

1.  Plaintiff DANNELL E. McNEILS is a citizen of United States of America who presently resides at the following address:
    12308 E. Kansas Pl. Aurora, Co. 80012

2.  Defendant O'Reilly Auto Parts lives at or is located at the following address:
    (H.Q. Missouri) & Colorado

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3.  Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4.  Defendant is an employer within the meaning of Title VII.

5.  The alleged unlawful employment practices took place at the following location:
    1740 So. Havana Street, Aurora, Co. 80012

(Rev. 07/06)

6.  Jurisdiction also is asserted pursuant to the following statutory authority:

_____

## ADMINISTRATIVE PROCEDURES

7.  Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _____ (date) regarding the alleged discriminatory conduct by Defendant(s).

8.  Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on *March 29, 2017* (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9.  Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ✓ Race          ✓ Color          ✓ Religion

    ____ Sex          ___ National Origin

    ✓ Other (please specify) *Disability (Due to 3 accidents @ O'Reilly's & Their Affiliate D.B.A.'s)*

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Failure to hire

    _____ Failure to promote

    _____ Demotion/discharge from employment

    ✓ Other (please specify) *U.S. Veteran*

(Rev 07/06)

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

Copies of E.E.OC. Complaint
Right to Suit Letter Awarded.

Additional First, Second, & Third Claims for
Relief will be filed at a later date.
D.E.M, Sr.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief: Suing for $10 million Dollars Punitive Damages,

Bodily Damages. But not limited to Emotional Scarses, Hostile Work Environment Damages, Lost Wages, Relief for Racial Discrimination, Discrimination Also of Disabilities from Accident, etc. Discrimination of U.S. Veterans Status, Disabilities, & Unequal Treatment of Working Conditions. And other Damages that I had to suffer As A Result of Working for the Defendant: O'Reilly Auto Parts.

Date: 06-26-2017

_____
(Plaintiff's Original Signature)

12308 E. Kansas Pl.
(Street Address)

Aurora, Co. 80012
(City, State, ZIP)

(720) 338-5981
(Telephone Number)

(Rev. 07/06)                                6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Denver Field Office

303 East 17th Avenue, Suite 410
Denver, CO 80203
(303) 866-1300
TTY (303) 866-1950
FAX (303) 866-1085
1-800-669-4000

Dannell E. McNeil, Sr.
12308 East Kansas Place
Aurora, CO 80012

RE:    Dannell E. McNeil, Sr. v. O'REILLY AUTO PARTS
       EEOC Charge Number: 541-2016-00878

Subject: Dismissal of Charge

Dear Mr. McNeil,

This is to advise that we have made the determination to dismiss your charge of employment discrimination (EEOC Charge No. 541-2016-00878) against O'REILLY AUTO PARTS. Our assessment of the charge included careful consideration of all the information offered by both you and the employer.

Our review of your charge indicates that it is very unlikely that further investigation will yield sufficient evidence to establish a violation of the laws that we enforce. The available evidence does not support your assertion that your employment experiences, including your constructive discharge, harassment, accommodation, and different terms/conditions of employment, were the result of disciplinary standards/policies/treatment which differs in frequency/nature/severity from other employees. As a result, this evidence does not support a conclusion that your sex, national origin, age, color, retaliation, race, and disability was a factor in your experiences. Accordingly, we decline to take further action on the subject charge. The enclosed **Dismissal and Notice of Rights** represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue this matter by filing a lawsuit within 90 days of receipt of the notice. If you fail to file a lawsuit within the statutory 90-day period, your right to sue in federal court will expire and cannot be restored by the EEOC.

We hope that this information is helpful to you

Sincerely,

MAR 2 9 2017

Date

MIANA F. APARICIO
Equal Opportunity Investigator
(303) 866-1333

Enclosures: Dismissal and Notice of Rights

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To. **Dannell E. McNeil, Sr.**
    **12308 East Kansas Place**
    **Aurora, CO 80012**

From: **Denver Field Office**
      **303 East 17th Avenue Suite 410**
      **Denver, CO 80203**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is* *CONFIDENTIAL (29 CFR § 1601.7(a))* |

| EEOC Charge No | EEOC Representative | Telephone No |
|---|---|---|
| **541-2016-00878** | Christopher D. Padilla, Supervisory Investigator | (303) 866-1336 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC

☐   Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment This means that back pay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_____        MAR 2 9 2017

**Elizabeth Cadle,**           *(Date Mailed)*
**District Director**

Enclosure(s)

ORIGINAL & 2 PARTS

Enclosure with EEOC Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

### PRIVATE SUIT RIGHTS --

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), and the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice.** Therefore, you should **keep a record of this date.** Once this 90- day period is over, your right to sue based on the charge referred to in this Notice will be lost If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*